JACOB HERMAN v. ADOLPH ECKSTEIN.— Motion to dismiss appeal granted, with

ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.